## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    | Case No. 17-13840

    SHARDON ANDERSON

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2017.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 05/15/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:        $400.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACME CONTINENTAL C U | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| ACS BOA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| ALLTRAN EDUCATION INC | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| ASHRO | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 1,394.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Secured | NA | 3,278.34 | 3,278.34 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 3,278.34 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL SERVICE GROUP INC | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/582/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| DR PATRICIA M BOATWRIGHT MD | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| EDGEPARK | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 1,854.00 | 1,827.55 | 1,827.55 | 0.00 | 0.00 |
| JOSEPH MANN & CREED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMP OF MARY HOSPITAL | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDICAL BUSINESS BUREAU | Unsecured | 1,366.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 300.00 | 160.41 | 160.41 | 0.00 | 0.00 |
| RENT A CENTER | Secured | 500.00 | NA | 500.00 | 0.00 | 0.00 |
| RUSH UNIVERSITY | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVE | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| SUNSHINE DENTAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD | Unsecured | 1,819.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS PAYMENT | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 8,696.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 6,618.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 4,770.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 4,530.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,913.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,686.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,621.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,569.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,569.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,329.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 3,279.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 2,899.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 1,903.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 1,630.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED % ECMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/NAVIENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Secured | 9,700.00 | NA | 9,700.00 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Unsecured | 4,792.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,700.00 | $0.00 | $0.00 |
| All Other Secured | $3,778.34 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,478.34** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$1,987.96** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/14/2017              By: /s/ Tom Vaughn

                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**